Jack Silver, Esq. (Bar No. 160575)
Law Office of Jack Silver
Jerry Bernhaut (Bar No. 206364)
Northern California Environmental Defense Center
P.O. Box 5469
Santa Rosa, CA 95402
Tel. 707-528-8175
Fax. 707-542-7139
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>Plaintiff,<br>v.<br><br>CITY OF SANTA ROSA,<br><br>Defendant.<br>_____/ | Case No. C 04-4195 WHA<br><br>**STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S CLAIMS CONCERNING SANITARY SEWER OVERFLOWS; [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE   [FRCP 41(a)(1)(ii)]** |

WHEREAS, on July 15, 2004, Northern California River Watch ("NCRW") provided the City of Santa Rosa ("City") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.  The Notice at page 7 alleged that discharges from the City's collection and conveyance system violated and continue to violate both the provisions of the Clean Water Act and the City's NPDES Permit Discharge Prohibitions A(2), A(3), and A(6);

WHEREAS, NCRW's Notice alleged two separate types of discharges from the City's collection and conveyance system, described as follows: 1) "sanitary sewer overflows"

Case No. C 04-4195 WHA
Stipulation To Dismiss With Prejudice Plaintiff's Claims
Concerning Sanitary Sewer Overflows; [Proposed] Order
Granting Dismissal With Prejudice [FRCP 41(a)(1)(ii)]

1

(referred to herein as "SSOs"), which are defined for the purposes of this stipulation only, as the occasional, unintentional releases of raw sewage from the City's collection and conveyance system to surface streets, sidewalks, storm drains, and other above-ground areas located in the vicinity of the collection and conveyance system; and 2) underground or subsurface releases of raw sewage from the City's collection and conveyance system;

WHEREAS, on October 4, 2004, NCRW filed its Complaint against the City in this court, (*Northern California River Watch v. City of Santa Rosa,* Case No. C04-4195 WHA; Said Complaint incorporates by reference all of the allegations contained in NCRW's Notice.

WHEREAS, on April 15, 2005, NCRW provided the City with a Supplemental Notice of Violations and Intent to File Suit Under the Clean Water Act ("Supplemental Notice"). The Supplemental Notice at pages 9-10 alleges that discharges from the City's collection and conveyance system as described in Paragraph 2 of this Stipulation, violated and continue to violate both the Clean Water Act and the City's NPDES Permit Discharge Prohibitions A(2), A(3), and A(6);

WHEREAS, NCRW and the City, through their authorized representatives and without either adjudication of NCRW's claims or admission by the City of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of NCRW as set forth in the Notice, Supplemental Notice, and Complaint regarding SSOs, thereby avoiding the costs and uncertainties of further litigation;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that NCRW's claims regarding SSOs as they are specifically defined herein and as set forth in the Notice, Supplemental Notice, and Complaint be dismissed with prejudice. The parties respectfully request an order from this Court dismissing such claims with prejudice.

Case No. C 04-4195 WHA
Stipulation To Dismiss With Prejudice Plaintiff's Claims
Concerning Sanitary Sewer Overflows; [Proposed] Order
Granting Dismissal With Prejudice [FRCP 41(a)(1)(ii)]

2

DATED: June 1 , 2005

/s/
_____
JACK SILVER, Esq.
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

DATED: June 1, 2005

/s/
_____
Nicole E. Granquist, Esq.
Attorney for Defendant
CITY OF SANTA ROSA

## **ORDER**

Good cause appearing, and the parties having stipulated and agreed,

**IT IS SO ORDERED** that Plaintiff NCRW's claims regarding SSOs as set forth in the Notice, Supplemental Notice, and Complaint be and hereby are dismissed with prejudice.

DATED: June 2, 2005

_____
WILLIAM H. ALSUP, JUDGE
U.S. DISTRICT COURT

Case No. C 04-4195 WHA
Stipulation To Dismiss With Prejudice Plaintiff's Claims
Concerning Sanitary Sewer Overflows; [Proposed] Order
Granting Dismissal With Prejudice [FRCP 41(a)(1)(ii)]