IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SANTA ROSA, DOES 1–10, inclusive,<br><br>    Defendants.<br>_____/ | No. C 04-04195 WHA<br><br>**ORDER APPROVING STIPULATED DISMISSAL WITH PREJUDICE** |

    The stipulated dismissal of this action with prejudice pursuant to FRCP 41(a)(1) is **APPROVED**. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: November 21, 2005

                                                              WILLIAM ALSUP<br>
                                                              UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California